# Court of Appeals
# of the State of Georgia

ATLANTA, March 10, 2025

*The Court of Appeals hereby passes the following order:*

## A25I0164. THE STATE v. BRADY JONES.

The State charged Brady Jones with murder in the second degree and other offenses. Jones filed a motion to transfer his case to the juvenile court pursuant to OCGA § 17-7-50.1 (b), which the trial court granted. After obtaining a certificate for immediate review, the State filed this interlocutory application.

The trial court's order is subject to direct appeal under OCGA § 5-7-1 (a) (7), which permits the State to appeal from " an order, decision, or judgment of a superior court transferring a case to the juvenile court pursuant to. . . subsection (b) of Code Section 17-7-50.1. " See *State v. Harris*, 319 Ga. 665, 666 (906 SE2d 402) (2024). Moreover, pursuant to OCGA § 5-7-2 (b) (2), the State was not required to obtain a certificate of immediate review.

This Court will grant an otherwise timely application for interlocutory appeal if the lower court's order is subject to direct appeal. *Spivey v. Hembree*, 268 Ga. App. 485, 486, n. 1 (602 SE2d 246) (2004). Accordingly, this application is hereby GRANTED.

The State shall have ten days from the date of this order to file a notice of appeal with the trial court if it has not already done so. See OCGA § 5-6-34 (b).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/10/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*